Case 1:22-cr-00053-SPW   Document 2   Filed 05/04/22

FILED
5/4/2022
Clerk, U.S. District Court
District of Montana
Great Falls Division

THOMAS K. GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Federal Courthouse
2601 2nd Avenue North, Box 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ANTHONY GALINDO and BRIAN KEITH MASTON,<br><br>Defendants. | CR 22- 53 -BLG- SPW<br><br>INDICTMENT<br><br>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>(Count I)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>(Count II)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
|---|---|

|  | POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>(Count III)<br>Title 18 U.S.C. §§ 924(c)(1)(A)(i) and 924(c)(1)(B)(ii)<br>Title 18 U.S.C. § 2<br>(Penalty for possession of firearm: Mandatory minimum five years to life imprisonment, consecutive to any other term of imprisonment, $250,000 fine, and five years of supervised release;<br>Penalty for possession of a machine gun: Mandatory minimum thirty years to life imprisonment, consecutive to any other term of imprisonment, $250,000 fine, and five years of supervised release)<br><br>ILLEGAL POSSESSION OF A MACHINE GUN<br>(Count IV)<br>Title 18 U.S.C. § 922(o)<br>Title 18 U.S.C. § 2<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 21 U.S.C. §§ 853, 881<br>Title 18 U.S.C. § 924(d)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning in February 2020, and continuing until on or about March 3, 2021, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendants, MICHAEL ANTHONY GALINDO and

BRIAN KEITH MASTON, knowingly and unlawfully conspired and agreed with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That beginning in February 2020, and continuing until on or about March 3, 2021, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendants, MICHAEL ANTHONY GALINDO and BRIAN KEITH MASTON, knowingly possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That on or about March 3, 2021, at Billings and within Yellowstone County, in the State and District of Montana, the defendants, MICHAEL ANTHONY GALINDO and BRIAN KEITH MASTON, did possess a firearm in furtherance of a drug trafficking crime, that is, Conspiracy to Possess with the Intent to Distribute and Possession with the Intent to Distribute Methamphetamine as alleged in Counts I and II of this Indictment, felony crimes prosecutable in a Court of the United States, in violation of 18 U.S.C. §§ 2 and 924(c)(1)(A)(i), 924(c)(1)(B)(ii).

The Grand Jury finds that one of the firearms is a machine gun.

## COUNT IV

That on or about March 3, 2021, at Billings and within Yellowstone County, in the State and District of Montana, the defendants, MICHAEL ANTHONY GALINDO and BRIAN KEITH MASTON, did knowingly possess a machinegun, in violation of 18 U.S.C. §§ 2 and 922(o), 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of any offense set forth in Counts I-II in this indictment, the defendants, MICHAEL ANTHONY GALINDO and BRIAN KEITH MASTON, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

//

//

//

//

Upon conviction of any offense set forth in Counts III-IV in this indictment, the defendants, MICHAEL ANTHONY GALINDO and BRIAN KEITH MASTON, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

*[signature] for*
LEIF M. JOHNSON
United States Attorney

*[signature] for*
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney