IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KEITH MASTON,<br><br>Defendant. | CR 22-53-BLG-SPW-2<br><br>FINAL ORDER OF FORFEITURE |

Whereas, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. §§ 853 and 881 and 18 U.S.C. § 924(d), of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

And whereas, on August 30, 2022, Brian Keith Maston entered a plea of guilty to Count 2 of the indictment, which charged him with possession with intent to distribute methamphetamine;

And whereas, the defendant, pursuant to his plea, agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant plead guilty;

1

And whereas, by virtue of said guilty plea, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 853 and 881 and 18 U.S.C. § 924(d), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

And whereas, beginning on January 14, 2023, and ending on February 12, 2023, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- $ 22,740.00 in United States currency;
- Glock, Model 31, .357 caliber pistol (SN: PKR080);
- Beretta, Model 90TWO, 40 caliber pistol (SN: TY03552);
- Taurus, Model Protector Poly, .38 caliber revolver (SN: FT26846);
- Komando (imported by Dickinson), Model XXPA, 12 gauge shotgun (SN: 20415283);
- Glock, Model 22, .40 caliber pistol (SN: BHAL346);
- 23 rounds of .40 caliber ammunition;
- Approximately 176 rounds of assorted ammunition; and
- One Machine Gun Conversion Device (Glock Switch).

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1).

DATED this 16th day of March, 2023.

SUSAN P. WATTERS
United States District Court Judge